**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-6345**

_____

KEVIN HERRIOTT,

            Plaintiff - Appellant,

      v.

WAYNE MCCABE, Warden, Kershaw Correctional Institution,

            Respondent - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  David C. Norton, District Judge.  (6:19-cv-00803-DCN)

_____

Submitted:  July 23, 2020                                    Decided:  July 28, 2020

_____

Before WILKINSON, MOTZ, and RICHARDSON, Circuit Judges.

_____

Remanded by unpublished per curiam opinion.

_____

Kevin Herriott, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Herriott seeks to appeal the district court's order adopting the recommendation of the magistrate judge and dismissing as untimely Herriott's 28 U.S.C. § 2254 (2018) petition. After noting his appeal, Herriott timely filed a Fed. R. Civ. P. 60(b)(1) motion, which remains pending in the district court. Consistent with *Fobian v. Storage Tech. Corp.*, 164 F.3d 887, 890-91 (4th Cir. 1999), we order a limited remand and direct the district court to promptly consider the Rule 60(b)(1) motion. Once the court denies or indicates its intention to grant the motion, *see id.* at 891, the record, as supplemented, will then be returned to this court for further consideration. In ordering this remand, we express no opinion as to the merits of Herriott's motion.

*REMANDED*